ROBERT JELLINICK, Respondent, v JOSEPH J. NAPLES & ASSOCIATES, INC., Appellant, et al., Defendant. (Appeal No. 2.) [746 NYS2d 413] —Appeal from a judgment of Supreme Court, Erie County (NeMoyer, J.), entered April 2, 2001, in favor of plaintiff and against defendant Joseph J. Naples & Associates, Inc. in the amount of $362,793.42.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously vacated without costs.

Same opinion by Pigott, Jr., P.J., as in *Jellinick v Joseph J. Naples & Assoc.* (296 AD2d 75). Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.